UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-20317-CIV-LENARD/O'SULLIVAN

TV SERVICE ZAO,
    Plaintiff,

v.

NWE TALENT AGENCY AND
MANAGEMENT, INC. d/b/a NWE
TALENT AGENCY AND
MANAGEMENT COMPANY, et al.,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion for Default Judgment Against Defendants George Sergeev and World Media Alliance, Inc. (DE# 42, 3/27/12). Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(c) (emphasis added). Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED that the defendants shall file a response to the Plaintiff's Motion for Default Judgment Against Defendants George Sergeev and World Media Alliance, Inc. (DE# 42, 3/27/12) on or before **Monday, April 30, 2012**. The failure to file a response may result in a recommendation that the Plaintiff's Motion for Default Judgment Against Defendants George Sergeev and World Media Alliance, Inc. (DE#

42, 3/27/12) be granted in its entirety.

DONE AND ORDERED, in Chambers, at Miami, Florida this **16th** day of April, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

United States District Judge Lenard
All counsel of record

Copies mailed by Chambers to:

George Sergeev
16711 Collins Avenue
Apt, 2004
Sunny Isles, FL 33160
*Defendant and Registered Agent of Defendant World Media Alliance, Inc.*

Robert Alan Rosenblatt, Esq.
Rosenblatt Law Firm
7695 SW 104th Street
Second Floor
Pinecrest, FL 33156
*Counsel for Defendants NWE Talent Agency and Management, Inc.,
Ryan Burke, and Vision Entertainment Worldwide, LLC*